# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**134 S NORMANDIE II LP**; **and DOES 1 THROUGH 10, Inclusive**<br><br>**Defendants** | **Case No: CV 25-7419-DMG (SSCx)**<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION [17]**<br><br>[Fed. R. Civ. P. Rule 41(a)(1)(ii)] |

Based on the parties' Joint Stipulation for Dismissal With Prejudice, and for good cause shown, this Court hereby dismisses with prejudice all Defendants from Plaintiffs' Complaint and dismisses with prejudice the above-captioned action in its entirety. The parties herein shall bear their own respective attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  January 15, 2026

_____
DOLLY M. GEE
Chief United States District Judge

ORDER FOR DISMISSAL